**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JACK A. SHAW**
**Reg No. 18677-009** **PETITIONER**

**v.** **Case No. 2:23-cv-00187-KGB**

**CHAD GARRETT,**
**Warden, FCI-Forrest City** **RESPONDENT**

# ORDER

Before the Court is the Proposed Findings and Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 15). Plaintiff Jack. A. Shaw has not objected, and the time to do so has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. The Court dismisses with prejudice Shaw's petition for writ of *habeas corpus* (Dkt. No. 1). The relief requested is denied. The Court declines to issue a certificate of appealability pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

It is so ordered this 14th day of September, 2026.

Kristine G. Baker

Kristine G. Baker
Chief United States District Judge